

FILED IN COURT OF APPEALS
12th Court of Appeals District

DEC 18 2015

TYLER TEXAS
PAM ESTES, CLERK

FILE COPY

RE: Case No. 15-0896                    DATE: 12/16/2015
    COA #: 12-14-00212-CV    TC#: CV9282
STYLE:  ROBERT ROBINSON
   v.  WELLS FARGO BANK, N.A.

   A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response.  (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.